AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



JAN 3 2003

Larry Cherry

v.

Sophia Hall et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 02 C 7895

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed with prejudice. Plaintiff to take nothing. All matters in controversy having been resolved, final judgment is entered in favor of all defendants and against plaintiff.

Michael W. Dobbins, Clerk of Court

Date: January 2, 2003

Stephen C. Tokoph, Deputy Clerk

14